■ ELIZABETH C. DUNCAN, Respondent, v NATIONAL COUNCIL OF DISTRIBUTIVE WORKERS OF AMERICA, Appellant.—Order and judgment, Supreme Court, New York County, entered on April 7, 1977 and July 18, 1977, respectively, unanimously affirmed for the reasons stated by Sutton, J., at Special Term. Respondent shall recover of appellant $60 costs and disburse-

ments of this appeal. Concur—Lupiano, J. P., Fein, Markewich, Sandler and Sullivan, JJ.